

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

___

No. 06-23-00091-CV

___

IN THE INTEREST OF H.T., A CHILD

___

On Appeal from the 307th District Court
Gregg County, Texas
Trial Court No. 2022-1064-DR

___

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

MEMORANDUM OPINION

Appellants filed a motion with this Court seeking to voluntarily dismiss their appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Charles van Cleef
Justice

Date Submitted:     January 23, 2024
Date Decided:       January 24, 2024